IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HOPI TRIBE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 00-217 L |
| v. | ) | |
| | ) | Judge Eric G. Bruggink |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF CHANGE OF ADDRESS**

Federal Defendants hereby give notice of a change in address for counsel Devon Lehman McCune in the above-captioned litigation. Effective immediately, the new address and contact information for Ms. McCune are as follows:

Devon Lehman McCune
U.S. Department of Justice
Environment and Natural Resources Division
1961 Stout Street, 8th Floor
Denver, CO 80294
Telephone: 303-844-1487
Telefax: 303-844-1350

The email address for Ms. McCune remains the same: Devon.McCune@usdoj.gov.

Respectfully submitted this 30th day of August, 2006.

SUE ELLEN WOOLDRIDGE
Assistant Attorney General

s/ *Devon Lehman McCune*
Devon Lehman McCune, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section

1961 Stout St., 8th Floor
Denver, CO 80294
(303) 844-1487 (tel.)
(303) 844-1350 (fax)
devon.mccune@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2006, I served the foregoing **NOTICE OF CHANGE OF ADDRESS** upon the attorney of record for the plaintiff by placing a copy in the United States mail, first-class postage prepaid, to the following address:

James E. Scarboro, Esquire
Arnold & Porter
370 Seventeenth Street
Suite 4500
Denver, CO 80202

__s/ Devon Lehman McCune____________________
Devon Lehman McCune