# In the United States Court of Federal Claims

No. 00-217L
(Filed: May 16, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
THE HOPI TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the court's order of April 7, 2003, the parties were directed to file a status report on their common proposal or their separate proposals for proceeding in this action thirty days after the issuance of the mandate in *Navajo Nation v. United States*, Fed. Cl. No. 93-763L. A status report has not been filed. Accordingly, on or before May 30, 2008, the parties shall file a joint status report.

It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge