IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| THE HOPI TRIBE,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 00-217L<br><br>Senior Judge Eric G. Bruggink |

JOINT STATUS REPORT

Pursuant to the Court's Order of May 16, 2003 (Doc. 38), the United States and the Hopi Tribe jointly submit this status report proposing further proceedings.

At the parties' request, this case has been stayed pending the issuance of a mandate to the Court of Federal Claims ("CFC") in *Navajo Nation v. United States*, CFC No. 93-763L & Fed. Cir. No. 00-5086. The Federal Circuit's decision in *Navajo Nation* was issued on September 13, 2007, 501 F.3d 1327, the government's petition for rehearing was denied on January 14, 2008, and the Federal Circuit's mandate to the CFC was issued on January 22, 2008. On May 13, 2008, the United States filed a petition for a writ of certiorari in the United States Supreme Court. The Navajo Nation's response to the certiorari petition is due July 14, 2008. This appeal has been docketed in the Supreme Court as case number 07-1410.

For the same reasons articulated in the prior status reports filed with the Court, the parties respectfully request that the stay of this case be continued until the current appeal process in *Navajo Nation* is completed. The parties propose to file a further joint status report with the Court within thirty days of the Supreme Court's order on the pending petition for a writ of certiorari.

Respectfully submitted,

/s James Scarboro by s/ Timothy Macdonald
James E. Scarboro
Timothy R. Macdonald
ARNOLD & PORTER LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
TEL: (303) 863-1000
FAX: (303) 832-0428
E-Mail: timothy.macdonald@aporter.com

*Counsel of Record for Plaintiff The Hopi Tribe*

s/ Devon L. McCune by s/ Kristine S. Tardiff
Devon Lehman McCune
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
1961 Stout St., 8th Floor
Denver, CO 80294
TEL: (303) 844-1487
FAX: (303) 844-1350
E-Mail: devon.mccune@usdoj.gov

*Counsel of Record for Defendant*

Kristine S. Tardiff
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-Mail: kristine.tardiff@usdoj.gov

*Of Counsel for Defendant*

Dated: May 29, 2008