# In the United States Court of Federal Claims

No. 00-217L
(Filed: June 9, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
THE HOPI TRIBE,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to representations made in the parties' May 29, 2008 joint status report, the parties are directed to file a further joint status report with the court within 30 days of the Supreme Court's order on the pending petition for a writ of certiorari in *Navajo Nation v. United States*, Fed. Cl. No. 93-763L.

It is so ORDERED.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge